IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TONITA HALL a/k/a LOUISE REDDITT, | : | |
| Petitioner | : | |
| VS. | : | |
| SCOTT BALLARD, | : | NO. 5:10-CV-149 (HL) |
| Respondent | : | **O R D E R** |

By order dated April 27, 2010, this Court directed that the above-captioned case be transferred to the United States District Court for the Northern District of Georgia. Petitioner filed a notice of appeal of this transfer order with the Eleventh Circuit Court of Appeals on May 18, 2010. On June 8, 2010, petitioner filed a motion for a Certificate of Appealability (Tab # 13).

This Court ceased to retain jurisdiction when petitioner's case was transferred to the Northern District of Georgia on August 4, 2008. *See Roofing & Sheet Metal Servs., Inc. v. LaQuinta Motor Inns, Inc.*, 689 F.2d 982, 988 n.10 (11th Cir. 1982) ("When the files in a case are physically transferred to the transferee district, the transferor court loses all jurisdiction of the case."). Therefore, petitioner's motion is **DENIED**.

**SO ORDERED**, this 16th day of June, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr